# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**YIMI NAVARRO-CRUZ**                                              **PLAINTIFF**

**v.**                         **No. 4:17-cv-560-DPM-JJV**

**TIM RYALS, Sheriff, Faulkner County**
**Sheriff's Office; and GARY STEWART,**
**Doctor, Faulkner County Jail**                           **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 9, adopted as supplemented. If Navarro-Cruz had sued only Sheriff Ryals, then he could pursue all his claims about circumstances at the jail in one case. FED. R. CIV. P. 18(a). But Navarro-Cruz has also sued Dr. Stewart on his claim about denied mental health treatment. That medical-care claim doesn't arise out of the same facts as his claims about overcrowding and insufficient food. FED. R. CIV. P. 20(a)(2)(A). Navarro-Cruz's conditions-of-confinement claims are therefore dismissed without prejudice. His claim about mental health treatment goes forward.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge
28 September 2017