# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

YIMI NAVARRO-CRUZ                                                PLAINTIFF

v.                       No. 4:17-cv-560-DPM-JJV

TIM RYALS, Sheriff, Faulkner County
Sheriff's Office; and GARY STEWART,
Doctor, Faulkner County Jail                                     DEFENDANTS

## ORDER

Unopposed recommendation, № 24, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion to dismiss, № 22, granted. Navarro-Cruz's remaining claims will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2018