IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

YIMI NAVARRO-CRUZ                                              PLAINTIFF

v.                      No. 4:17-cv-560-DPM

TIM RYALS, Sheriff, Faulkner County
Sheriff's Office; and GARY STEWART,
Doctor, Faulkner County Jail                                   DEFENDANTS

## JUDGMENT

Navarro-Cruz's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
4 April 2018